FILED
CLERK, U.S. DISTRICT COURT
OCT 25 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 16-2099M |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | |
| JUAN ANTONIO ALCAZAR-CARDONA, | |
| Defendant. | |

The Court conducted a detention hearing on October 25, 2016. Assistant U.S. Attorney Stacy Ferguson appeared on behalf of Plaintiff United States of America, and Deputy Federal Public Defender Andre Townsend appeared on behalf of Defendant Alcazar-Cardona.

The Court has reviewed the updated Pre Trial Services Report and the Report that was previously issued at Defendant's initial appearance. Pre-trial Services continues to recommend detention. The government continues to request

detention. Defendant requests release on an unjustified Appearance Bond that several persons, including Defendant's wife and adult child, are willing to post.

The Court conducted a detention hearing:

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court finds that there are presently no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)]. Although the Court recognizes that it can impose conditions such as home incarceration with electronic monitoring to address concerns regarding flight or non-appearance, such restrictions do not give the Court sufficient assurance in this case regarding the potential for flight and danger to others or the community given defendant's illegal re-entry into the United States following his deportation in 2015, his criminal history (which includes a felony conviction in 2014 for making threats with intent to terrorize), and his admissions regarding past drug use. Furthermore, and notwithstanding Defendant's longtime residence in the Central District of California with his wife and two children, Defendant has substantial ties to Mexico as his family members, with whom he has contact, live there. These factors lead the Court to find that Defendant remains at risk, if released, for non-appearance at future court proceedings. The Court also finds that Defendant's release will pose a threat to individuals and the community because of Defendant's criminal history.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive,

or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: October 25, 2016

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE